| | | |
|---|---|---|
| LEONARD B. ZUCKER<br>MICHAEL S. ACKERMAN<br>JOEL ACKERMAN*<br>FRANCES GAMBARDELLA<br>BRIAN C. NICHOLAS ♦<br>SCOTT A. DIETTERICK ¥<br>KIMBERLY A. BONNER ¥<br>STEVEN D. KROL<br>CHRISTOPHER G. FORD<br>DENISE CARLON ∆∆<br>CHRISTINE E. POTTER ⌂<br>STEPHANIE WOLCHOK<br>ASHLEIGH LEVY MARIN £<br>DOUGLAS J. McDONOUGH<br>TIMOTHY J. ZIEGLER<br>ROBERT D. BAILEY<br>JAIME R. ACKERMAN ♦<br>KACIE W. BROWN<br>MONIKA S. PUNDALIK<br>TODD MARKS ∆<br>JANA FRIDFINNSDOTTIR ¥<br>DENNIS P. UHLMANN, JR. ∆<br>BRIAN M. GILBERT<br>JAMAR BENJAMIN<br>ROGER FAY £<br>DJIBRIL CARR<br>TIA DINH ¤ | **ZUCKER, GOLDBERG & ACKERMAN, LLC**<br>**ATTORNEYS AT LAW**<br><br>200 SHEFFIELD STREET- SUITE 101<br>P.O. BOX 1024<br>MOUNTAINSIDE, NJ 07092-0024<br><br>TELEPHONE: 908-233-8500<br>FACSIMILE: 908-233-1390<br>E-MAIL: office@zuckergoldberg.com<br><br>*For payoff/reinstatement figures*<br>*Please send your request to: zuckergoldberg.com/pr*<br><br>**REPLY TO NEW JERSEY ADDRESS** | FOUNDED IN 1923<br>AS ZUCKER & GOLDBERG<br>MAURICE J. ZUCKER (1918-1979)<br>LOUIS D. GOLDBERG (1923-1967)<br>LEONARD H. GOLDBERG (1929-1979)<br>BENJAMIN WEISS (1949-1981)<br><br>Pennsylvania Office:<br>The Union Hotel Office Building<br>240 Gettysburg Pike<br>Mechanicsburg, PA 17055<br><br>\* ALSO MEMBER OF NY, PA AND CA BAR<br>♦ ALSO MEMBER OF NY, PA AND ME BAR<br>∆∆ ALSO MEMBER OF NY AND PA BAR<br>∆ ALSO MEMBER OF NY BAR<br>£ ALSO MEMBER OF PA BAR<br>¥ MEMBER OF PA BAR ONLY<br>⌂ ALSO MEMBER OF FL BAR<br>¤ ALSO MEMBER OF PA AND CA BAR |

XWA-193286-1                                                                 June 12, 2015

The Honorable Christine M. Gravelle
U.S. Bankruptcy Court
402 East State Street, 4th Floor
Trenton, NJ 08608

                **Re:**    Mark E. Schrager and Helene R. Schrager
       **Case No.:**    14-29026-CMG
       **Premises:**    13 Dobson Road, East Brunswick, NJ  08816
**Secured Creditor:**    Wells Fargo Bank, NA

Dear Judge :

We wish to withdraw our Proof of Claim No. 3 that was filed on January 9, 2015 in the amount of $37,127.85.

Thank you for your courtesies and if I can be of any further assistance to you, please do not hesitate to contact me.

                      Respectfully yours,
                      ZUCKER, GOLDBERG & ACKERMAN, LLC

              By:    **/s/ JOEL A. ACKERMAN**
                      JOEL A. ACKERMAN

JAA/mn
    cc:    Robert C. Nisenson, Attorney for Debtor
    cc:    Albert Russo, Trustee
    cc:    Mark E. Schrager and Helene R. Schrager