**United States Bankruptcy Court**
**District of New Jersey**

In re : Case No.: **14-29026**
**Schrager, Mark E & Schrager, Helene R** :
: Chapter: **13**
:
: Judge:
Debtor(s) :
:

## AMENDMENT TO SCHEDULE D, E, F, G, H
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

☒ Schedule D - Creditors holding secured claims     ($30.00 fee required*)
☐ Schedule E - Creditors holding unsecured priority claims    ($30.00 fee required*)
☐ Schedule F - Creditors holding unsecured claims     ($30.00 fee required*)
☐ Schedule G - Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ List of Creditors (Matrix)     ($30.00 fee required*)

> **IMPORTANT** – In order to receive official notices, parties added to Schedule G or H and not previously included in Schedules D, E, F or the List of Creditors, must be added to the List of Creditors.

The List or Schedule(s) indicated above, having been previously filed, is amended as follows:

(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

Asset Ventures see attachment

I certify under penalty of perjury that the above information is correct.

Dated: **June 16, 2015**    Debtors Signature:    */s/ Mark E Schrager*
                                                *Mark E Schrager*
Dated: **June 16, 2015**    Debtors Signature:    */s/ Helene R Schrager*
                                                *Helene R Schrager*

* Schedules D, E, F and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

*rev.12/1/12*

B6D (Official Form 6D) (12/07)

IN RE **Schrager, Mark E & Schrager, Helene R** _____  Case No. _____
  _____Debtor(s)_____                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2527**<br>**Americas Servicing Co**<br>**8480 Stagecoach Circle**<br>**Frederick, MD 21701** | | | **MORTGAGE ACCOUNT OPENED 10/2004**<br>**204 Redmond Avenue**<br><br>VALUE $ **175,000.00** | | | | 370,000.00 | 195,000.00 |
| ACCOUNT NO.<br>**Asset Ventures**<br>**Hladik, Onorato & Pearlstine, LLP**<br>**298 Wissahickon Avenue**<br>**North Wales, PA 19454** | | J | **2nd 39 Belmont Avenue**<br><br>VALUE $ **75,000.00** | | | | 125,000.00 | 50,000.00 |
| ACCOUNT NO.<br>**Rachel Weiner**<br>**43 Hudson**<br>**East Brunswick, NJ 08816** | | J | **2nd Mortgage on**<br>**204 Redmond Avenue**<br><br>VALUE $ **175,000.00** | | | | 68,000.00 | |
| ACCOUNT NO.<br>**US Bank National**<br>**Phelan Hallinan & Diamond, PC**<br>**400 Fellowship Road Suite 100**<br>**Mt. Laurel, NJ 08054** | | J | **204 Redmond Avenue**<br><br>VALUE $ **175,000.00** | | | | 0.00 | |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **563,000.00**  $ **245,000.00**

Total (Use only on last page) $ _____  $ _____

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Schrager, Mark E & Schrager, Helene R**      Case No. _____
                 Debtor(s)                                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3150 <br> Wellls Fargo <br> Payment Remittance Center <br> PO Box 6426 <br> Carol Stream, IL 60197 | | J | 23 Belmont 1st mortage <br><br> VALUE $ 60,000.00 | | | | 96,000.00 | 36,000.00 |
| ACCOUNT NO. 2296 <br> Wells Fargo Hm Mortgag <br> 8480 Stagecoach Cir <br> Frederick, MD 21701 | | | MORTGAGE ACCOUNT OPENED 11/2002 <br> 1st mortgage on 39 Belmont Ave <br><br> VALUE $ 75,000.00 | | | | 120,000.00 | 45,000.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **216,000.00** $ **81,000.00**

Total (Use only on last page) $ **779,000.00** $ **326,000.00**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only