Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−29026−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark E. Schrager                              Helene R. Schrager
   13 Dobson Road                                  13 Dobson Road
   East Brunswick, NJ 08816               East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−9378                                      xxx−xx−1307

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY AND NOTICE OF HEARING THEREON**

Please take notice that a hearing for:

    DISMISSAL FOR FAILURE TO PAY BALANCE OF FILING FEE

will be held on:    July 1, 2015    09:00 AM

at: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

To consider and act upon the unpaid balance of the
filing fee in the amount of:

$30.00

If the balance of the filing fee is not paid immediately, the case [ 14−29026−CMG ] will be dismissed. The Clerk's Office will only accept money orders, certified checks and corporate checks in payment of fees. No personal checks or cash.

Dated: June 18, 2015
JJW: bwj

                                                          James J. Waldron
                                                          Clerk