UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Debtor
Mark and Helene Schrager

Case No.: 14-29026

Chapter: 13

Judge: CMG

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

DATED: 06/17/2015

/S/  Christine M. Gravelle
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___D___ or to the List of Creditors on _____06/16/2015_____ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☑ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor shall serve notice of the Amendment to the trustee in the case, if any, within 14 days of the date of this Order.

It is Further ORDERED that the debtor shall serve notice of the Amendment to the creditors or other parties who are being deleted or modified within 14 days of the date of this Order.

D,E,F,G,H

It is Further ORDERED that the debtor(s) shall serve on added creditors, within 14 days of the date of this Order, the following:

1. A copy of the applicable Notice of Commencement of Case under the Bankruptcy Code, Meeting of Creditors and Deadlines (Official Forms 9A through 9I), and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that within 14 days of the date hereof, the debtor(s) shall file a certification of compliance with the above Order.

*rev. 8/1/12*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark E. Schrager  
Helene R. Schrager  
    Debtors

Case No. 14-29026-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: smather     Page 1 of 1     Date Rcvd: Jun 17, 2015  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2015.  
db/jdb         +Mark E. Schrager,    Helene R. Schrager,    13 Dobson Road,    East Brunswick, NJ 08816-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2015 at the address(es) listed below:

      Albert   Russo    docs@russotrustee.com  
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Andrew L. Spivack    on behalf of Creditor   Wells Fargo d/b/a AMERICAS SERVICING COMPANY as servicer for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS 2004-8 nj.bkecf@fedphe.com  
      Andrew L. Spivack    on behalf of Creditor   AMERICAS SERVICING COMPANY nj.bkecf@fedphe.com  
      Denise E. Carlon    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com  
      Denise E. Carlon    on behalf of Creditor   Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com  
      Joel A. Ackerman    on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the UnitedStates of America bankruptcynotice@zuckergoldberg.com  
      Joel A. Ackerman    on behalf of Creditor   Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com  
      Joel A. Ackerman    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com  
      Joel A. Ackerman    on behalf of Creditor   Wells Fargo Home Mortgage, Inc. bankruptcynotice@zuckergoldberg.com  
      Robert C. Nisenson    on behalf of Debtor Mark E. Schrager rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com  
      Robert C. Nisenson    on behalf of Joint Debtor Helene R. Schrager rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com  
      Stephen M. Hladik    on behalf of Creditor   Asset Ventures, LLC shladik@hoplawyers.com, gcaldiero@hoplawyers.com  
                                                                                                TOTAL: 14