Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–29026–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark E. Schrager | Helene R. Schrager |
| 13 Dobson Road | 13 Dobson Road |
| East Brunswick, NJ 08816 | East Brunswick, NJ 08816 |

Social Security No.:
  xxx–xx–9378                                                xxx–xx–1307

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY AND NOTICE OF HEARING THEREON**

Please take notice that a hearing for:

   DISMISSAL FOR FAILURE TO PAY BALANCE OF FILING FEE

will be held on:      July 1, 2015      09:00 AM

at: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

To consider and act upon the unpaid balance of the
filing fee in the amount of:

$30.00

If the balance of the filing fee is not paid immediately, the case [ 14–29026–CMG ] will be dismissed. The Clerk's Office will only accept money orders, certified checks and corporate checks in payment of fees. No personal checks or cash.

Dated: June 18, 2015
JJW: bwj

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 14-29026-CMG
Mark E. Schrager                                                              Chapter 13
Helene R. Schrager
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: bjackson              Page 1 of 1              Date Rcvd: Jun 18, 2015
                              Form ID: 182                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2015.
db/jdb         +Mark E. Schrager,    Helene R. Schrager,    13 Dobson Road,    East Brunswick, NJ 08816-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2015 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo d/b/a AMERICAS SERVICING COMPANY as
               servicer for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS 2004-8
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    AMERICAS SERVICING COMPANY nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com,   dcarlon@zuckergoldberg.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation ("Freddie Mac"),
               a corporation organized and existing under the laws of the United States of America
               bankruptcynotice@zuckergoldberg.com,   dcarlon@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the UnitedStates of America
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Federal Home Loan Mortgage Corporation ("Freddie Mac"),
               a corporation organized and existing under the laws of the United States of America
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Home Mortgage, Inc.
               bankruptcynotice@zuckergoldberg.com
              Robert C. Nisenson    on behalf of Debtor Mark E. Schrager rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com
              Robert C. Nisenson     on behalf of Joint Debtor Helene R. Schrager rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com
              Stephen M. Hladik    on behalf of Creditor   Asset Ventures, LLC shladik@hoplawyers.com,
               gcaldiero@hoplawyers.com
                                                                                               TOTAL: 14