Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−29026−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark E. Schrager
13 Dobson Road
East Brunswick, NJ 08816

Helene R. Schrager
13 Dobson Road
East Brunswick, NJ 08816

Social Security No.:
xxx−xx−9378                                          xxx−xx−1307

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on June 19, 2015.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

Dated: June 19, 2015
JJW: dmi

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 14-29026-CMG
Mark E. Schrager                                                Chapter 13
Helene R. Schrager
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: dimmordi              Page 1 of 2         Date Rcvd: Jun 19, 2015
                             Form ID: 148                Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2015.
db/jdb        +Mark E. Schrager,    Helene R. Schrager,    13 Dobson Road,    East Brunswick, NJ 08816-4613
cr            +AMERICAS SERVICING COMPANY,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
cr            +Wells Fargo d/b/a AMERICAS SERVICING COMPANY as se,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515572069     +Asset Ventures,    Hladik, Onorato & Pearlstine, LLP,    298 Wissahickon Avenue,
                North Wales, PA 19454-4114
515052850     +Rachel Weiner,    43 Hudson,   East Brunswick, NJ 08816-4110
515052851     +US Bank National,    Phelan Hallinan & Diamond, PC,    400 Fellowship Road Suite 100,
                Mt. Laurel, NJ 08054-3437
515273808     +US Bank National Association, as Trustee,    America's Servicing Co. Attn: Bankruptcy,
                MAC #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
515052849    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:   Americas Servicing Co,    8480 Stagecoach Circle,
                Frederick, MD   21701)
515052852     +Wellls Fargo,    Payment Remittance Center,    PO Box 6426,    Carol Stream, IL 60197-6426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: leah.bynon@usdoj.gov Jun 19 2015 20:15:04     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2015 20:15:02     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: ebn4av@gmail.com Jun 19 2015 20:15:07    Asset Ventures, LLC,
                2625 Manhattan Beach Blvd.,    #100,   Redondo Beach, CA 90278-1604
515173350      EDI: RMSC.COM Jun 19 2015 20:13:00     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
515256989     +EDI: WFFC.COM Jun 19 2015 20:13:00     Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                3476 Stateview Blvd,    Attn: Bankruptcy Dept. MAC #D3347-014,    Fort Mill, SC 29715-7200
515223052     +EDI: WFFC.COM Jun 19 2015 20:13:00     Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                Attn: Bankruptcy Department,    3476 Stateview Blvd,    MAC #D3347-014,
                Fort Mill, SC 29715-7203
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515052853*   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD   21701)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2015 at the address(es) listed below:
              Albert    Russo   on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)   on behalf of Trustee Albert    Russo docs@russotrustee.com
```

```
District/off: 0312-3          User: dimmordi            Page 2 of 2                  Date Rcvd: Jun 19, 2015
                              Form ID: 148              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo d/b/a AMERICAS SERVICING COMPANY as servicer for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS 2004-8 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    AMERICAS SERVICING COMPANY nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
          Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    Wells Fargo Home Mortgage, Inc. bankruptcynotice@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the UnitedStates of America bankruptcynotice@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com
          Robert C. Nisenson    on behalf of Debtor Mark E. Schrager rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com
          Robert C. Nisenson    on behalf of Joint Debtor Helene R. Schrager rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com
          Stephen M. Hladik    on behalf of Creditor    Asset Ventures, LLC shladik@hoplawyers.com, gcaldiero@hoplawyers.com

                                                                                                                                      TOTAL: 14