| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

**Order Filed on June 19, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Mark E. Schrager
Helene R. Schrager

                           Debtor(s)

CHAPTER 13 CASE NO. 14-29026 / CMG

Hearing Date: June 17, 2015

Honorable Christine M. Gravelle

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 19, 2015**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Page 2 of 2
Debtor: Mark E. Schrager & Helene R. Schrager
Case No.: 14-29026 / CMG
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to resolve Trustee and/or creditor objection
- Failure to provide all documentation requested by the Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $2500 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Mark E. Schrager
Helene R. Schrager
    Debtors

Case No. 14-29026-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: dimmordi     Page 1 of 1     Date Rcvd: Jun 19, 2015
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2015.
db/jdb        +Mark E. Schrager,    Helene R. Schrager,    13 Dobson Road,    East Brunswick, NJ 08816-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2015 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
       Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
       Andrew L. Spivack    on behalf of Creditor    Wells Fargo d/b/a AMERICAS SERVICING COMPANY as servicer for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS 2004-8 nj.bkecf@fedphe.com
       Andrew L. Spivack    on behalf of Creditor    AMERICAS SERVICING COMPANY nj.bkecf@fedphe.com
       Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
       Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
       Joel A. Ackerman    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the UnitedStates of America bankruptcynotice@zuckergoldberg.com
       Joel A. Ackerman    on behalf of Creditor    Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com
       Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com
       Joel A. Ackerman    on behalf of Creditor    Wells Fargo Home Mortgage, Inc. bankruptcynotice@zuckergoldberg.com
       Robert C. Nisenson    on behalf of Debtor Mark E. Schrager rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com
       Robert C. Nisenson    on behalf of Joint Debtor Helene R. Schrager rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com
       Stephen M. Hladik    on behalf of Creditor    Asset Ventures, LLC shladik@hoplawyers.com, gcaldiero@hoplawyers.com
                                               TOTAL: 14